Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00485-CR

Brenda **HIGNIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-07-2062
Honorable Frank Follis, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  February 11, 2009

DISMISSED

Appellant has filed a motion to dismiss her appeal.  The motion is granted, and this appeal

is dismissed.  *See* Tex. R. App. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH